UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                          :   CHAPTER 13
DEBBIE SHENNETTE MCINTOSH                       :   CASE NUMBER A17-71041-JWC
    DEBTOR                                     :

### TRUSTEE'S SUPPLEMENTAL REPORT
### FOLLOWING CONFIRMATION HEARING

**Nancy J. Whaley, Standing Chapter 13 Trustee to report back in ten (10) days following the Confirmation Hearing held on February 27, 2018:**

As to whether Debtor served the Chapter 13 plan on applicable creditors pursuant to Bankruptcy Rule 7004 and filed the corresponding Certificate of Manner of Service required by General Order 21-2017

As to whether Debtor provided proof of mortgage payments

As to whether Debtor filed an amended plan

**The Attorney for the Trustee has reviewed the case as instructed and:**

Recommends dismissal because:

Debtor failed to serve the Chapter 13 plan on applicable creditors pursuant to Bankruptcy Rule 7004 and filed the corresponding Certificate of Manner of Service required by General Order 21-2017

Debtor failed to provide proof of mortgage payments

Debtor failed to file an amended plan

*Please enter an Order of Dismissal*

This the 15th day of March, 2018.

                              ___/s/_____
                              Julie M. Anania, Attorney for Chapter 13 Trustee
                              GA Bar Number 477064
                              303 Peachtree Center Ave., NE
                              Suite 120
                              Atlanta, GA  30303
/mam                         (678) 992-1201

**CERTIFICATE OF SERVICE**

Case No:  A17-71041-JWC

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Supplemental Report Following Confirmation Hearing by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s):**
DEBBIE SHENNETTE MCINTOSH
5033 KENS COURT
STOCKBRIDGE, GA  30281

**By Consent of the parties,** the following have received an electronic copy of the foregoing Chapter 13 Trustee's Supplemental Report Following Confirmation Hearing through the Court's Electronic Case Filing system.

**Attorney for the Debtor(s):**
SLIPAKOFF & SLOMKA, PC
se@myatllaw.com

This the 15th day of March, 2018.

/s/_____
   Julie M. Anania
   Attorney for the Chapter 13 Trustee
   State Bar No. 477064
   303 Peachtree Center Avenue, NE
   Suite 120
   Atlanta, GA 30303
   678-992-1201